IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DONALD JODY TOMLINSON,

     Appellant,

v.

     Case No.  5D21-3210
     LT Case No. 2020-CF-301456

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

O. H. Eaton, Jr., of Office of Criminal
Conflict & Civil Regional Counsel,
Casselberry, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EISNAUGLE, HARRIS, JJ., and ORFINGER, R.B., Senior Judge, concur.